No. 9758. STATE OF MONTANA ex rel. CITY OF KALIS-PELL, a municipal corporation, RELATOR AND PLAINTIFF, *v.* THE DISTRICT COURT of the ELEVENTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF FLATHEAD, and HONORABLE DEAN KING, the Judge thereof, RESPONDENTS AND DEFENDANTS.

302 Pac. (2d) 288.

Decided Oct. 18, 1956.

*Walchli, Korn & Warden, Merrit N. Warden,* Kalispell, for relator.

Per Curiam.

It is ordered that the application of the relator for the issuance of a writ of prohibition herein, be, and it is denied and the proceeding is dismissed.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, DAVIS, and BOTTOMLY, concur.